**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| KC EQUITIES D/B/A LITTLE STEPS DAY CARE, | : No. 455 MAL 2014 |
| | : |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| v. | : |
| | : |
| | : |
| DEPARTMENT OF PUBLIC WELFARE, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.